IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

US FOODS, INC., ,Plaintiff(s) – Petitioner(s)

V.

Case No. 2:19-cv-946-JFC

WILLIAM T. KANE a/k/a BILL T. KANE, ET AL., ,Defendant(s) – Respondents (s)

STATE OF PENNSYLVANIA
COUNTY OF ALLEGHENY       ss.:

**Chris Lingle**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of 18 years and not a party to this action.

On **10/8/2019** at **9:25 AM**, I served a true copy of a **ANSWER WITH AFFIRMATIVE DEFENSES AND CROSSCLAIM, CERTIFICATE OF SERVICE** upon William T. Kane at **Hampton Inn & Suites Grove City, 4 Holiday Blvd., Mercer, PA 16137** in the manner indicated below:

**INDIVIDUAL [ X ]**   By delivering thereat a true copy of each to said recipient personally; deponent knew the person so served to be the person described herein by deponent asking the person if he or she is the named Recipient and the person responding that he or she is in fact the person named in this action as Recipient. Recipient was identified by self-admission.

| Approximate Description of Receipt | Male<br>Sex | White<br>Skin | Brown<br>Hair Color | 45-50<br>Age | 6'4<br>Height | 400 lbs<br>Weight | Missing leg<br>Other |
|---|---|---|---|---|---|---|---|

Sworn to before me this
_____ day of _October_ 20 _19_

_____
Notary Public

Chris Lingle
300 Brush Creek Rd #725
Warrendale, PA 15095
800-637-1805

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
John M O'Shea, Notary Public
Evans City Boro, Butler County
My Commission Expires Sept. 26, 2020