## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| 5171 CAMPBELLS LAND CO., INC., | Bankruptcy No. 19-22715-CMB |
| Debtor. | Chapter 11 |
| 5171 CAMPBELLS LAND CO., INC., | Document No. |
| Movant, | Hearing Date and Time: |
| vs. | August 9, 2019 at 10:00 a.m. |
| NO RESPONDENT. | |

### NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING APPLICATION FOR APPROVAL OF ATTORNEYS

TO THE RESPONDENT(S):

You are hereby notified that the Movant(s) seek(s) an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant(s) a response to the Motion by no later than **July 29, 2019** (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A hearing will be held on **August 9, 2019 at 10:00 a.m.** before Judge Carlota M. Böhm in Courtroom B, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

# EXHIBIT B

Date of Service: July 10, 2019

/s/ Robert O Lampl
ROBERT O LAMPL
PA I.D. #19809
JOHN P. LACHER
PA I.D. #62297
DAVID L. FUCHS
PA I.D. #205694
RYAN J. COONEY
PA I.D. #319213
SY O. LAMPL
PA I.D. #324741
223 Fourth Avenue, 4th Fl.
Pittsburgh, PA  15222
(412) 392-0330 (phone)
(412) 392-0335 (facsimile)
Email: rlampl@lampllaw.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **5171 CAMPBELLS LAND CO., INC.,** | **Bankruptcy No. 19-22715-CMB** |
| Debtor. | Chapter 11 |
| **5171 CAMPBELLS LAND CO., INC.,** | Document No. |
| Movant, | Related to Doc. Nos. 11, 12 |
| vs. | |
| **NO RESPONDENT.** | **Hearing Date and Time:**<br>**August 9, 2019 at 10:00 a.m.** |

## CERTIFICATE OF SERVICE

I, Robert O Lampl, hereby certify, that on the 10th day of July, 2019, a true and correct copy of the foregoing **APPLICATION FOR APPROVAL OF ATTORNEYS** and the **NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING** the **APPLICATION FOR APPROVAL OF ATTORNEYS** was served upon the following *(via First-Class U.S. Mail)*:

SEE ATTACHED COMPLETE CLERK'S OFFICE MAILING MATRIX

Date: July 10, 2019
/s/ Robert O Lampl
ROBERT O LAMPL
PA I.D. #19809
JOHN P. LACHER
PA I.D. #62297
DAVID L. FUCHS
PA I.D. #205694
RYAN J. COONEY
PA I.D. #319213
SY O. LAMPL
PA I.D. #324741
223 Fourth Avenue, 4th Fl.
Pittsburgh, PA 15222
(412) 392-0330 (phone)
(412) 392-0335 (facsimile)
Email: rlampl@lampllaw.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 19-22715-CMB<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Wed Jul 10 13:40:04 EDT 2019 | 3D Acquisitions LP<br>1520 Gilmore Drive<br>Clairton, PA 15025-2706 | 5171 Campbells Land Co.<br>231 Chestnut St.<br>Meadville, PA 16335-3457 |
| 5171 Campbells Land Co., Inc.<br>18276 Conneaut Lake Road<br>Meadville, PA 16335-3758 | A.J. Demor & Sons<br>2150 Eldo Rd.<br>Monroeville, PA 15146-1406 | AIS Comm Parts<br>1005 Parkway View Dr.<br>Pittsburgh, PA 15205-1424 |
| AT&T<br>P.O. Box 5080<br>Carol Stream, IL 60197-5080 | Access Point<br>P.O. Box 382828<br>Pittsburgh, PA 15251-8828 | Ace Contractor Center<br>10944 Perry Hwy.<br>Rt. 19 So<br>Meadville, PA 16335-6553 |
| Affiliated Grounds Maint.<br>5148 Peach Street, Ste, 311<br>Erie, PA 16509-2475 | Al Farnham Maintenance LLC<br>1738 Cottage St.<br>Ashland, OH 44805-1236 | All Pro Landscaping<br>P.O. Box 360762<br>Strongsville, OH 44136-0013 |
| Allen Flag & Flagpole<br>P.O. Box 6254<br>Cape Elizabeth, ME 04107-0054 | Amanda Bittinger<br>2078 Township Rd. 1095<br>Ashland, OH 44805-9484 | American Choice Apparel<br>618 Anderson Drive<br>Romeoville, IL 60446-1288 |
| American Electric Power<br>P.O. Box 371496<br>Pittsburgh, PA 15250-7496 | Amtrust North America<br>P.O. Box 6939<br>Cleveland, OH 44101-1939 | Aqua Ohio<br>762 W. Lancaster Ave.<br>Bryn Mawr, PA 19010-3402 |
| Aqua Ohio Inc.<br>P.O. Box 1229<br>Newark, NJ 07101-1229 | Armstrong<br>P.O. Box 37749<br>Philadelphia, PA 19101-5049 | Ascentium Capital, LLC<br>23970 Hwy. 59N<br>Kingwood, TX 77339-1535 |
| Ashland Area C of C<br>211 Claremont Ave.<br>Ashland, OH 44805-3004 | Ashland Comfort Control Inc.<br>805 East Main Street<br>Ashland, OH 44805-2620 | Ashland County Income Tax<br>Ashland Income Tax<br>218 Luther Street<br>Ashland, OH 44805-3128 |
| Ashtabula Co Treasurer<br>25 West Jefferson St.<br>Jefferson, OH 44047-1092 | B. E. Stahlman - Tax Collector<br>14932 Route 68<br>Sligo, PA 16255-2334 | B.Y. Lawncare<br>P.O. Box 1943<br>Cranberry Twp, PA 16066-0943 |
| Bainbridge LP<br>10245 Nancy Drive<br>Meadville, PA 16335-6325 | Barone Murth Shonber<br>4701 Baptist Road<br>Pittsburgh, PA 15227-1117 | Basically Blinds<br>2790 Dry Valley Rd.<br>Lewistown, PA 17044-7120 |

| | | |
|---|---|---|
| Berkheimer<br>P.O. Box 25132<br>Lehigh Valley, PA 18002-5132 | Berkheimer-Foster Twp LST/Dawn Bobcock<br>1185 Est Main Street<br>Bradford, PA 16701 | Berkheimer-Harborcreek Twp LST<br>LST Collector Shelley Hull<br>5601 Buffalo Rd.<br>Harborcreek, PA 16421-1625 |
| Borough of Edinboro<br>124 Meadville Street<br>Edinboro, PA 16412-2502 | Borough of Grove City<br>123 W. Main St.<br>Grove City, PA 16127-1221 | Borough of Indiana Util.<br>80 N. 8th St., Ste 102<br>Indiana, PA 15701-1738 |
| Burmac Commercial Roofing<br>322 North Street<br>Springdale, PA 15144-1233 | Burrier Service Co.<br>P.O. Box 661<br>Mentor, OH 44061-0661 | Canfield City Income Tax<br>City of Canfield<br>104 Lisbon Street<br>Canfield, OH 44406-1464 |
| Carbons Golden Malted<br>P.O. Box 129<br>Concordville, PA 19331-0128 | Careworkscomp<br>P.O. Box 8101<br>Dublin, OH 43016-2101 | Case Sabatini<br>470 Streets Run Road<br>Pittsburgh, PA 15236-2026 |
| Casella Waste Service 60<br>P.O. Box 1372<br>Williston, VT 05495-1372 | Century Link<br>P.O. Box 4300<br>Carol Stream, IL 60197-4300 | Cintas<br>PO Box 630910<br>Cincinnati, OH 45263-0910 |
| City Treasurer-Meadville<br>City Hall<br>894 Diamond Park<br>Meadville, PA 16335-2603 | City of Ashtabula Waste Water<br>P.O. Box 2210<br>Ashtabula, OH 44005-2210 | City of Bradford Treasurer<br>P.O. Box 15<br>Bradford, PA 16701-0015 |
| City of Canfield Utility Dept.<br>104 Lisbon St.<br>Canfield, OH 44406-1416 | City of Cleveland Div. of Water<br>P.O. Box 94540<br>Cleveland, OH 44101-4540 | City of Corry - Rot Lst<br>100 S. Center St.<br>Corry, PA 16407-1923 |
| City of Corry Water<br>100 S. Center St.<br>Corry, PA 16407-1993 | City of Erie Treasurer<br>P.O. Box 1534<br>Hermitage, PA 16148-0534 | City of Hermitage<br>800 N. Hermitage Rd.<br>Hermitage, PA 16148-3220 |
| City of Hermitage Sewer<br>P. O. Box 6078<br>Hermitage, PA 16148-1078 | City of Olean<br>P.O. Box 31<br>Warsaw, NY 14569-0031 | City of Olean Water/Sewer<br>P.O. Box 668<br>Olean, NY 14760-0668 |
| City of Titusville Treasurer<br>107 N Franklin St.<br>Titusville, PA 16354-1734 | City of Warren, Util. Serv.<br>580 Laird Ave., S.E.<br>Warren, OH 44484-4231 | Clarion Co. Tax Claim Bureau<br>330 Main St., Room 101<br>Clarion, PA 16214-1073 |

| | | |
|---|---|---|
| Clark Electric Inc.<br>53 South 4th Ave.<br>Clarion, PA 16214-1380 | Clearpoint IT Management<br>3001 Waterdam Plaza<br>Suite 280<br>Canonsburg, PA 15317-5415 | Coast to Coast Computer Products<br>4277 Valley Fair St.<br>Simi Valley, CA 93063-2940 |
| Coca Cola N. Amer.<br>P.O. Box 102703<br>Atlanta, GA 30368-2703 | (p)COLUMBIA GAS<br>290 W NATIONWIDE BLVD 5TH FL<br>BANKRUPTCY DEPARTMENT<br>COLUMBUS OH 43215-4157 | Commonwealth of PA<br>Dept. of Agriculture<br>3201 N. Cameron St.<br>Harrisburg, PA 17110 |
| Conneaut City Income Tax<br>Conneaut Income Tax Department<br>294 Main Street<br>Conneaut, OH 44030-2650 | Conneaut Water & Sewer Dept.<br>294 Main St. - City Hall Bldg.<br>Conneaut, OH 44030-2638 | Consolidated Communications<br>P.O. Box 66523<br>Saint Louis, MO 63166-6523 |
| Cozzini Bros. Inc.<br>350 Howard Avenue<br>Des Plaines, IL 60018-1908 | (p)CRANBERRY TOWNSHIP SEWER & WATER<br>ATTN CINDY KOSS<br>2525 ROCHESTER ROAD SUITE 400<br>CRANBERRY TOWNSHIP PA 16066-6499 | Crawford Co. Tax Claim Bureau<br>903 Diamond Square<br>Meadville, PA 16335-2694 |
| Crawford County Treasurer<br>Courthouse, 903 Diamond Park<br>Meadville, PA 16335-2694 | Curt Hall<br>649 County Road 1802<br>Ashland, OH 44805-9386 | Dalton's San-Ser<br>140 Norwood Dr.<br>Beaver Falls, PA 15010-5701 |
| Dan Buxton Roofing<br>5020 Southway St., S.W.<br>Canton, OH 44706-1959 | Daniel Sayers<br>2141 S. Manor Drive<br>Erie, PA 16505-4703 | Darling Int Inc.<br>P.O. Box 552210<br>Detroit, MI 48255-2210 |
| Datatek Services Inc.<br>P.O. Box 918<br>Oak Forest, IL 60452-0918 | Dawn Pavlik<br>231 Chestnut St. - #302<br>Meadville, PA 16335-3457 | Daymark<br>12836 South Dixie Hwy.<br>Bowling Green, OH 43402-9697 |
| Doctor Dead-Bug Inc.<br>225 6th St.<br>Ellwood City, PA 16117-8523 | Dollar Bank<br>Three Gateway Center<br>Pittsburgh, PA 15222 | Dominion Energy Ohio<br>P.O. Box 26785<br>Richmond, VA 23261-6785 |
| Edison Landscape & Deck Lighting LLC<br>9883 South Avenue<br>Poland, OH 44514-3482 | Edward Peters<br>1717 N. Bayshore Dr., #2637<br>Miami, FL 33132-1162 | Elmhurst Prop Inc.<br>2170 Millennium Blvd., Suite K<br>Cortland, OH 44410-9191 |
| Enviro Master of Pittsburgh<br>PO Box 12350<br>Charlotte, NC 28220-2350 | Erie County Tax Claim Bureau<br>140 West 6th Street, Rm. 110<br>Erie, PA 16501-1073 | Erie Water Works<br>P.O. Box 4170<br>Woburn, MA 01888-4170 |

| | | |
|---|---|---|
| Field Club Commons<br>Rosecroft Center LLC<br>20950 Maple Heights<br>Maple Heights, OH 44137 | Fine Print<br>287 Chestnut St.<br>Meadville, PA 16335-3266 | First National Bank<br>Attn: Legal Dept.<br>3015 Glimcher Blvd.<br>Hermitage, PA 16148-3343 |
| Foster Twp. Sewer Fund<br>1185 East Main St.<br>Bradford, PA 16701-3220 | Foulk's Flooring America<br>15627 Conneaut Lake Rd.<br>Meadville, PA 16335-4724 | Foundation Building Materials<br>6872 Paysphere Circle<br>Chicago, IL 60674-6872 |
| Franklin Machine Products LLC<br>P.O. Box 74007311<br>Chicago, IL 60674-7311 | Frantz & Russell Inc.<br>1428 Foote Ave Ext.<br>Jamestown, NY 14701-9382 | Gerald R. Fry Co., Inc.<br>170 Hadley Rd.<br>Greenville, PA 16125-9701 |
| Give Kids the World<br>c/o Perkins-Anita Gates<br>6075 Poplar Ave<br>Memphis, TN 38119-4740 | Grainger<br>Dept. 871892600<br>Palatine, IL 60038-0001 | Great American Financial Svcs.<br>P.O. Box 660831<br>Dallas, TX 75266-0831 |
| Greater Olean Area C of C<br>301 N. Union St., Suite 101<br>Olean, NY 14760-2635 | Greenville Water Authority<br>44 Clinton St.<br>Greenville, PA 16125-2281 | Greg Graco Heating and Cooling<br>P.O. Box 79036<br>Pittsburgh, PA 15216-0036 |
| Guardian Alarm Co.<br>75 Remittance Dr., Dept 1376<br>Chicago, IL 60675-1376 | Hagan Business Machines-Meadville<br>P.O. Box 1428<br>Meadville, PA 16335-0928 | Harborcreek Twp. Tax Collector<br>5601 Buffalo Rd.<br>Harborcreek, PA 16421-1698 |
| David Andrew Haworth<br>Ballard Spahr<br>210 Lake Drive East<br>Suite 200<br>New Jersey, NJ 08002-1163 | Hempfield Twp. Authority<br>278 South Mercer St.<br>Greenville, PA 16125-1538 | Heppner-Pritt & Assoc. Inc.<br>3407-A Kuemerle Ave., N.E.<br>Canton, OH 44705-5026 |
| Heritage Food Service Group<br>P.O. Box 71595<br>Chicago, IL 60694-1595 | Hermitage Treasurer<br>800 N. Hermitage Rd.<br>Hermitage, PA 16148-3220 | Huberty Electric<br>7605 Arlington Rd., N.W.<br>Massillon, OH 44646-9383 |
| IEMFS d/b/a GSG Financial<br>53 West 36th St.<br>Suite 701<br>New York, NY 10018-7970 | IRR Supplies Center<br>908 Niagara Falls Blvd.<br>North Tonawanda, NY 14120-2085 | Imperial Glazing Concepts, Inc.<br>234 Robbins Ave.<br>Niles, OH 44446-1769 |
| Indiana County Tax Collector<br>2275 Philadelphia St.<br>Indiana, PA 15701-4102 | Inglewood Associates LLC<br>9242 Headlands Rd.<br>Mentor, OH 44060-1026 | Integra Realty Resources<br>8241 Cornell Rd., Suite 210<br>Cincinnati, OH 45249-2285 |

Internal Revenue Service
Special Procedures Division
P.O. Box 628
Bankruptcy Section
Pittsburgh, PA 15230

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

J&S Landscaping Co.
360 Second Ave.
Freedom, PA 15042-2605

JC Erlich
P.O. Box 13848
Reading, PA 19612-3848

JDK Real Estate, LLC
6201 Steubenville Pike, Suite 210
Mc Kees Rocks, PA 15136-1344

JV Surface Water Services
Jasohn Vansicle
325 E. Pendelton St.
Loudonville, OH 44842-1526

Josh's Lawncare & Landscaping
5830 Broadway Ave.
Louisville, OH 44641-9372

Kaza Fire Equipment LLC
155 Lovell Ave.
Ebensburg, PA 15931-1876

Kens Custom Upholstering
Ken Hunt
11198 Liberty St.
Meadville, PA 16335-8184

Kens Lawn Maintenance
680 Center Road
Conneaut, OH 44030-2311

Keystone
P.O. Box 559
Irwin, PA 15642-0559

Keystone Collections Group-Monroe Twp
P.O. Box 559
Irwin, PA 15642-0559

Koldrock
P.O. Box 248
Edinboro, PA 16412-0248

L&W Supply
2011 W. 12th Street
Erie, PA 16505-4802

L-Four L.P.
924 Valleyview Road
Pittsburgh, PA 15243-1022

LED Solution
120 Applegate Court
Pelham, AL 35124-2942

LST Collector Vernon Twp.
11031 State Highway 18
Conneaut Lake, PA 16316-3529

Robert O Lampl
Robert O Lampl Law Office
Benedum Trees Building
223 Fourth Avenue, 4th Floor
Pittsburgh, PA 15222-1713

Landmiller Landscape
849 Clark Ave
Ashland, OH 44805-1967

Lilac Investments LLC
P.O. Box 81651
Pittsburgh, PA 15217-0451

MGI Risk Management
P.O. Box 62185
Pittsburgh, PA 15241-7185

Mahoning County Treasurer
Daniel R. Yemma
120 Market Street
Youngstown, OH 44503-1749

Mark A. Villers
21542 Golden Drive
Meadville, PA 16335-5512

Mark Maynard
11370 Pawnee Drive
Meadville, PA 16335-7910

McAdoo Motorsports Inc.
8727 Rte. 422 Hwy. West
Indiana, PA 15701-4356

McGann Plumbing/Heating
P.O. Box 86
Blairsville, PA 15717-0086

McGill, Power, Bell & Assoc.
623 State St.
Meadville, PA 16335-2296

Meadville Ace Cont.
10944 Perry Highway
Meadville, PA 16335-6553

Meadville Plate Glass Co., Inc.
299 Pine Street
Meadville, PA 16335-3248

Meadville-W. Crawford County C of C
908 Diamond Park
Meadville, PA 16335-2607

| | | |
|---|---|---|
| Mercer County Tax Claim Bureau<br>3 Courthouse<br>Mercer, PA 16137-1223 | Merchant Link Lockbox<br>26125 Network Place<br>Chicago, IL 60673-1261 | Midwest Systems & Services Inc.<br>P.O. Box 15033<br>Evansville, IN 47716-0033 |
| Miller Sewer & Drain Cleaning<br>2416 Station Rd.<br>Erie, PA 16510-1948 | Mills Enterprises LLC<br>2596 South Work St.<br>Falconer, NY 14733-1755 | Mood Media<br>P.O. Box 71070<br>Charlotte, NC 28272-1070 |
| NU CO2 LLC<br>P.O. BOx 417902<br>Boston, MA 02241-7902 | NY Department of Taxation and Finance<br>P.O. Box 15148<br>Albany, NY 12212-5148 | (p)NATIONAL FUEL GAS DISTRIBUTION CORPORATION<br>ATTN BANKRUPTCY DEPT<br>6363 MAIN STREET<br>WILLIAMSVILLE NY 14221-5887 |
| National Grid<br>P.O. Box 11742<br>Newark, NJ 07101-4742 | Neshannock Tax Collector<br>3131 Mercer Rd., Ste 2<br>New Castle, PA 16105-1391 | Neshannock Township Sewer<br>P.O. Box 10116<br>Dilliner, PA 15327 |
| Neshannock Twp. LST Coll. Pat Columbus<br>Georgann Gall - Tax Collector<br>3131 Mercer Rd.<br>New Castle, PA 16105-1333 | New York Department of Labor-Unemploymen<br>P.O. Box 15177<br>Albany, NY 12212-5177 | Niles Electric<br>34 W. State St.<br>Niles, OH 44446-5036 |
| Northeast OH Reg Sewer Dst<br>P.O. Box 94550<br>Cleveland, OH 44101-4550 | John R. O'Keefe Jr.<br>Metz Lewis Brodman Must O'Keefe LLC<br>535 Smithfield Street<br>Suite 800<br>Pittsburgh, PA 15222-2305 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 |
| Ohio Bureau of Employment<br>Dept. of Job and Family Services<br>47 North Main Street<br>Akron, OH 44308-1971 | Ohio Department of Taxation<br>PO Box 2678<br>Columbus, OH 43216-2678 | Ohio Edison<br>P.O. Box 3687<br>Akron, OH 44309-3687 |
| Ohio Logos Inc.<br>4384 Tuller Rd.<br>Dublin, OH 43017-5031 | Olean City School District<br>410 W. Sullivan<br>Olean, NY 14760-2522 | One Call Rentals<br>309 Foothills Lane<br>Mount Pleasant, PA 15666-1023 |
| Oracle America Inc.<br>P.O. Box 203448<br>Dallas, TX 75320-3448 | Orkin Pest Control #928<br>2630 S. Work St.<br>Falconer, NY 14733-1716 | P. J. Lynd T.C.<br>2525 Rochester Rd.<br>Cranberry Twp, PA 16066-6422 |
| PA American Water<br>P.O. Box 371412<br>Pittsburgh, PA 15250-7412 | PA Department of Revenue<br>P.O. Box 280412<br>Harrisburg, PA 17128-0412 | PA Department of Revenue<br>P.O. Box 280509<br>Harrisburg, PA 17128-0509 |

| | | |
|---|---|---|
| PA Municipal Service Co.<br>Dept U 500<br>336 Delaware Ave.<br>Oakmont, PA 15139-2138 | PA One Call System, Inc.<br>PO Box 641121<br>Pittsburgh, PA 15264-1121 | PMF Rentals<br>124 Plunkett Drive<br>Zelienople, PA 16063-8716 |
| Park Centre Development Inc.<br>1 Bluebird Square #1<br>Olean, NY 14760-2552 | Paul Becker<br>23 Swietzer Dr.<br>Duke Center, PA 16729-9503 | Penelec<br>P.O. Box 3687<br>Akron, OH 44309-3687 |
| Penn Power<br>P.O. Box 3687<br>Akron, OH 44309-3687 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | Pennsylvania Unemployment Fund<br>PA Dept. of Labor and Industry<br>651 Boas St.<br>Harrisburg, PA 17121-0725 |
| Peoples Gas<br>P.O. Box 644760<br>Pittsburgh, PA 15264-4760 | Perkins<br>6075 Poplar Ave-#800<br>Memphis, TN 38119-4709 | Perkins Holdings LLC<br>Attn: Ben Mitchell<br>14875 N.E. Tangen Rd.<br>Newberg, OR 97132-6890 |
| Peter D. Kaplan<br>106 Mallard LN<br>Canonsburg, PA 15317-3238 | Peter D. Kaplan c/o Joseph Hudak<br>P.O. Box 11242<br>Pittsburgh, PA 15238-0242 | Phillip Crawford<br>c/o Perkins Restaurant<br>20013 Route 19<br>Cranberry Twp, PA 16066-6203 |
| Precision Copy Products Inc.<br>600 State Street<br>Clairton, PA 15025-1876 | Pyler Entry Systems<br>8850 Fry Road<br>Mc Kean, PA 16426-1533 | R.I.T.A.<br>10107 Brecksville Rd.<br>Brecksville, OH 44141-3275 |
| Red Book Solutions<br>33270 Collection Center Dr.<br>Chicago, IL 60603-3200 | Reilly Sweeping Inc.<br>P.O. Box 780415<br>Philadelphia, PA 19178-0415 | Reinhart Food Service<br>226 East View Dr.<br>Mount Pleasant, PA 15666-1036 |
| Renovator Rich Thiel<br>315 Main Street<br>Prospect, PA 16052-3238 | Republic Waste Service<br>P.O. Box 9001099<br>Louisville, KY 40290-1099 | Robert Foulkrod<br>195 Old Fredonia Road<br>Mercer, PA 16137-4725 |
| Robert Roell<br>312 Albert Street<br>Pittsburgh, PA 15211-2345 | Ron Miller Plumbing<br>157 Hillcrest Drive<br>New Brighton, PA 15066-3633 | Rooter-Man<br>620 East Main Street Ext.<br>Grove City, PA 16127-6344 |
| Rumpke Consolidated<br>P.O. Box 538710<br>Cincinnati, OH 45253-8710 | Sage Checks & Forms<br>P.O. Box 935021<br>Atlanta, GA 31193-5021 | Sage Net<br>P.O. Box 843553<br>Kansas City, MO 64184-3553 |

| | | |
|---|---|---|
| Shamrock Building Services, Inc.<br>535 Forest Avenue<br>Carnegie, PA 15106-2808 | SiegelJennings<br>23425 Commerce Park Drive, Suite 103<br>Cleveland, OH 44122 | Snyder Brothers, Inc.<br>One Glade Park East<br>P.O. Box 1022<br>Kittanning, PA 16201-5022 |
| Standard Plumbing & Heating Inc.<br>P.O. Box 20650<br>Canton, OH 44701-0650 | Staples Advantage<br>P.O. Box 70242<br>Philadelphia, PA 19176-0242 | Stark Co Metro Sewer Dist.<br>P. O. Box 9972<br>Canton, OH 44711-0972 |
| Stark County Treasurer<br>110 Central Plaza South<br>Suite 250<br>Canton, OH 44702-1410 | Staybridge Suites-Pittsburgh/Cranberry<br>915 Brush Creek Rd.<br>Warrendale, PA 15086-7534 | Stephen Maglin<br>1884 Tilton Drive<br>Pittsburgh, PA 15241-2664 |
| Stitt's Nursery & Landscaping<br>93 McCloskey Rd.<br>Leeper, PA 16233-4420 | Store Capital Acquisitions, LLC<br>8377 E. Hartford Dr.<br>Suite 100<br>Scottsdale, AZ 85255-5686 | Store Master Funding XIII, LLC<br>8377 E. Hartford Dr., Suite 100<br>Scottsdale, AZ 85255-5686 |
| Strong Lawns/Ken-R Lawns<br>801 Harvey Run Rd.<br>Freedom, PA 15042-1825 | Sunbelt Rentals Inc.<br>PO Box 409211<br>Atlanta, GA 30384-9211 | Taylor Steamer Cleaning<br>220 N. Mulbery St.<br>Mansfield, OH 44902-1055 |
| Technic<br>P.O. Box 882<br>Dyersburg, TN 38025-0882 | The Illuminating Company<br>P.O. Box 3687<br>Akron, OH 44309-3687 | Time Warner Cable NE<br>P.O. Box 901<br>Carol Stream, IL 60132-0901 |
| Titusville Treasurer, Tax Claim Bureau<br>Christine Krzysiak, Treasurer<br>903 Diamond Park<br>Meadville, PA 16335-2640 | Trabon<br>P.O. Box 87-8700<br>Kansas City, MO 64187-8700 | Trace Lawn & Landscaping Inc.<br>14515 Bldwin St. Ext.<br>Meadville, PA 16335-9424 |
| Treasurer of Lawrence County<br>430 Court St.<br>6,685.98, PA 16101-3503 | Treasurer of State of Ohio<br>Ohio Department of Taxation<br>Columbus, OH 43216 | Treasurer, State of Ohio<br>P.O. Box 182215<br>Columbus, OH 43218-2215 |
| Tri County Ind.<br>P.O. Box 858<br>Mars, PA 16046-0858 | Tri State Equipment<br>815 22nd Street<br>Beaver Falls, PA 15010-3951 | Triton Imaging Systems<br>3120 Via Collinas, Ste. 103<br>Westlake Village, CA 91362 |
| Trum Co. Water Sewer<br>842 Youngstown-Kingsville Rd.<br>Vienna, OH 44473-9737 | US Foodservice Rec Corp.<br>P.O. Box 642561<br>Pittsburgh, PA 15264-2561 | United Concordia<br>PO Box 827399<br>Philadelphia, PA 19182-7399 |

| | | |
|---|---|---|
| United Healthcare<br>UHS Premium Billing<br>P.O. Box 94017<br>Palatine, IL 60094-4017 | Unum Life Ins.<br>P.O. Box 406990<br>Atlanta, GA 30384-6990 | Valley Communications LLC<br>4459 Orangeville Sharon Rd.<br>Burghill, OH 44404-9702 |
| Verizon<br>P.O. Box 15124<br>Albany, NY 12212-5124 | Vernon Twp. Tax Collector<br>Dorothy Longstreth<br>9511 Krider Rd.<br>Meadville, PA 16335-6465 | Vernon Twp. Water & Sewage<br>16678 McMath Ave.<br>Meadville, PA 16335-6568 |
| Vision Financial Group<br>615 Iron City Drive<br>Pittsburgh, PA 15205-4321 | Vogels Disp Service, Inc.<br>Box 847<br>Mars, PA 16046-0847 | W T. Spaeder Co., Inc.<br>1602 East 18th Street<br>P.O. Box 10066<br>Erie, PA 16514-0066 |
| W. E. Unger & Associates<br>Bill Unger<br>P.O. Box 1283<br>Meadville, PA 16335-0783 | Warren City Tax Office<br>318 W. Third Avenue<br>Warren, PA 16365-2388 | Warren City Tax Office-Earned Income<br>318 W. Third Avenue<br>Warren, PA 16365-2380 |
| Waste Management<br>P.O. Box 13648<br>Philadelphia, PA 19101-3648 | Watkins General Contracting<br>10160 Old Route 99<br>McKean, PA 16426-1730 | West Penn Power<br>P.O. Box 3687<br>Akron, OH 44309-3687 |
| West Penn Power-Clairton<br>P.O Box 3615<br>Akron, OH 44309-3615 | White Twp. Light Fund<br>950 Indian Springs Road<br>Indiana, PA 15701-3506 | White Twp. Sewer Service<br>950 Indian Springs Road<br>Indiana, PA 15701-3506 |
| William Blatt-Hemp TX Coll.<br>278 S. Mercer St.<br>Greenville, PA 16125-1538 | Windstream<br>P.O. Box 9001908<br>Louisville, KY 40290-1908 | Yardmaster of Pennsylvania Inc.<br>Dept. 5587<br>2505 Manchester Rd.<br>Erie, PA 16506 |
| Youngstown Water Department<br>P.O. Box 6219<br>Youngstown, OH 44501-6219 | Norma Hildenbrand, on Behalf of the United S<br>Office of the United States Trustee<br>Suite 970 Liberty Center<br>1001 Liberty Avenue<br>Pittsburgh, PA 15222-3714 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Columbia Gas<br>P.O. Box 742537<br>Cincinnati, OH 45274 | Cranberry Township<br>2525 Rochester Rd., Suite 400<br>Cranberry Twp, PA 16066 | National Fuel<br>P.O. Box 371835<br>Pittsburgh, PA 15250-7835 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)City of Erie Treasurer
P.O. Box 1534
Hermitage, PA 16148-0534

(u)Dollar Bank, Federal Savings Bank
c/o Metz Lewis Brodman Must O'Keefe LLC
535 Smithfield St., Suite 800
Pittsburgh

(u)STORE Capital Acquisitions, LLC

(u)STORE Master Funding XIII, LLC

End of Label Matrix
Mailable recipients    262
Bypassed recipients      4
Total                  266