IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| US FOODS, INC., | CIVIL ACTION |
| Plaintiff, | Case No. 2:19-cv-00946-JFC |
| vs. | |
| WILLIAM T. KANE a/k/a BILL T. KANE, an individual, and RONALD G. LINABURG, D.D.S., an individual, | |
| Defendants. | |

## ORDER OF COURT

Upon consideration of the Motion to Disqualify Defendant Kane's Counsel and the response thereto, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** that the Motion to Disqualify Defendant Kane's Counsel is denied.

Date: _____          _____
                                 United States District Court Judge