# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| US FOODS, INC., | CIVIL ACTION |
| Plaintiff, | Case No. 2:19-cv-946-JFC |
| v. | |
| WILLIAM T. KANE a/k/a BILL T. KANE, an individual, and RONALD G. LINABURG, D.D.S, an individual, | |
| Defendants. | |
| **JURY TRIAL DEMANDED.** | |

## DR. LINABURG'S RESPONSE TO KANE'S MOTION TO STRIKE AFFIRMATIVE DEFENSES

AND NOW, comes Defendant, Ronald G. Linaburg, D.M.D.,[1] by and through his attorneys, Michael P. Oliverio, Esq., John J. Heurich, Jr., Esq. and The Lynch Law Group, LLC, and in Response to the Motion to Strike Affirmative Defenses of William T. Kane a/k/a Bill T. Kane, denies that any of the allegations contained in paragraphs 49 through 84 are immaterial, impertinent, scandalous, or otherwise factually and legally insufficient.

To the contrary, paragraphs 49 through 84 allege facts that are germane, directly relevant, material, pertinent to Dr. Linaburg's defenses. Moreover, these allegations are not scandalous, and are both factually and legally sufficient. For these reasons, and for the reasons set forth more fully in the accompanying Brief in Opposition, which are specifically incorporated herein by reference, Kane's Motion to Strike should be denied.

WHEREFORE this court should deny the motion to strike.

---

[1] The caption of the instant action improperly reflects that Dr. Linaburg holds a D.D.S. degree, rather, Dr. Linaburg holds a D.M.D. degree.

Date: December 6, 2019                    Respectfully submitted,

THE LYNCH LAW GROUP, LLC


/s/ *Michael P. Oliverio*
Michael P. Oliverio, Esq.
PA ID No. 209399
John J. Heurich, Jr., Esq.
PA ID No. 317155
501 Smith Dr., Suite 3
Cranberry Township, PA 16066
moliverio@lynchlaw-group.com
jheurich@lynchylaw-group.com
(724) 776-8000
Counsel for Defendant, Ronald G. Linaburg, D.M.D.

# CERTIFICATE OF SERVICE

I hereby certify that, on this 6th day of December, a true and correct copy of the foregoing **RESPONSE TO MOTION TO STRIKE AFFIRMATIVE DEFENSES** was served upon the following as follows:

Via the Court's CM/ECF System:

Gretchen E. Moore, Esq.
Strassburger, McKenna, Gutnick & Gefsky
Four Gateway Center, Suite 2200
444 Liberty Avenue
Pittsburgh, PA 15222
*Counsel for Plaintiff*

Maria Zoee Vathis, Esq.
Bryan Cave Leighton Paisner LLP
161 N. Clark Street, 4300
Chicago, IL 60601
*Counsel for Plaintiff*

Dennis M. Blackwell, Esq.
The Blackwell Law Firm
Benedum Trees Building, Floor 9
223 Fourth Avenue
Pittsburgh, PA 15222
*Counsel for Defendant William T. Kane a/k/a Bill T. Kane*

Robert O. Lampl, Esq.
Ryan J. Cooney, Esq.
Law Offices of Robert O. Lampl
Benedum Trees Building, Floor 4
223 Fourth Avenue
Pittsburgh, PA 15222
*Counsel for Defendant William T. Kane a/k/a Bill T. Kane*

/s/ *Michael P. Oliverio*
Michael P. Oliverio, Esq