# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| US FOODS, INC., | Case No.: 2-19-cv-00946-JFC |
| Plaintiff, | *ELECTRONICALLY FILED AND SERVED* |
| v. | |
| WILLIAM T. KANE aka BILL T. KANE, an individual; and RONALD G. LINABURG, D.D.S., an individual, | |
| Defendants. | |

## STIPULATION SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding Alternative Dispute Resolution (ADR) and have reached the following stipulation pursuant to L.R. 16.2 and Court's ADR Policies and Procedures.

**I. PROCESS**
Select one of the following Processes:

    __X__    Mediation

    _____    Early Neutral Evaluation (ENE)

    _____    Court sponsored Binding[1] Arbitration

    _____    Court sponsored Non-binding Arbitration

    _____    Other (please identify process and provider) _____

**If you are utilizing a private ADR process, such as the American Arbitration Association, be advised that the case is still governed by the Court's ADR Policies and Procedures. It is the responsibility of counsel to ensure that all of the proper forms are timely submitted and filed, as required by Policies and Procedures.**

---

[1] For binding arbitration, please complete form "Stipulation to Binding Arbitration" located on the Court's website at www.pawd.uscourts.gov.

## II. COSTS

The parties have agreed to share the ADR costs as follows (do not complete percentages for Court sponsored arbitration. For that process, costs are paid by the Court in accordance with 28 USC §658.):

    <u> 1/3  </u> %    by Plaintiff, US Foods

    <u> 1/3  </u> %    by Defendant, William T. Kane

    <u> 1/3  </u> %    by Defendant, Ronald G. Linaburg, D.D.S.

    <u>      </u> %    by Third Party Defendant(s)

If a dispute arises as to compensation and costs for the mediator/neutral evaluator/private arbitrator, the Court will set reasonable compensation and costs.

## III. NEUTRAL

The parties hereby designate by agreement the following individual to serve as a Neutral in the above-styled action:

Name of Neutral:    The Honorable Gary P. Caruso (Retired)

Address of Neutral:    378 Donohoe Road, Greensburg, PA 15601

Telephone & FAX Numbers:    T - 724/ 925-1123 / E-Fax – 412/ 202-4118

Email address of Neutral:    gary_caruso@icloud.com

**Date of ADR Session:**    To be determined [late January/early February, 2020]

The parties represent that they have contacted the selected prospective neutral and have determined that the neutral is available to conduct the ADR session within the time prescribed by the Court's Policies and Procedures and that the neutral does not have a conflict.

## IV. PARTICIPANTS

Name and title of the individual(s) who will be attending the mediation or early neutral evaluation session, **in addition to counsel**, in accordance with **Section 2.7 (Attendance at Session)** of the Court's ADR Policies and Procedures:

Attorneys for Plaintiff:

| | |
|---|---|
| Gretchen E. Moore, Esquire | US Foods |
| | Plaintiff |
| Maria Z. Vathis, Esquire | Kathie Bullerdick, Esquire |
| | In-house counsel |
| | Corporate Representative |

Attorneys for Defendant Kane:

| | |
|---|---|
| Dennis M. Blackwell, Esquire | Bill T. Kane |
| | Defendant |
| Robert O. Lampl, Esquire | Not applicable |
| Ryan J. Cooney, Esquire | Corporate Representative |

Attorneys for Defendant Linaburg:

| | |
|---|---|
| Michael Oliverio, Esquire | Ronald G. Linaburg, D.D.S. |
| John J. Heurich, Esquire | Defendant |
| Brian C. Thompson, Esquire | Not applicable |
| | Corporate Representative |

If there is insufficient space to list all parties who will be attending the session, please add additional sheets as necessary.

Each party certifies that the representative(s) attending the ADR session on its behalf has full and complete settlement authority, **as specified in sub-section (A)(1-3) of the above section of the Court's ADR Policies and Procedures.**

## V. ACKNOWLEDGEMENT

We, the undersigned parties to this action, declare that this stipulation is both consensual and mutual.

Date: __12/9/2019__  __/s/ Gretchen E. Moore__
Counsel for Plaintiff, US Foods

Date: __12/9/2019__  __/s/ Ryan J. Cooney__
Counsel for Defendant, Bill T. Kane

Date: __12/9/2019__  __/s/ Michael Oliverio__
Counsel for Defendant, Ronald G. Linaburg, D.D.S.