# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| US FOODS, INC., | : CIVIL ACTION |
| Plaintiff, | : No.: 2:19-cv-00946-JFC |
| v. | : |
| WILLIAM T. KANE aka BILL T. KANE, an individual; and RONALD G. LINABURG, D.D.S., an individual, | : |
| | : **Electronically Filed and Served** |
| Defendants. | : |

## UNOPPOSED MOTION TO EXTEND DEADLINES TO COMPLETE MEDIATION AND FACT DISCOVERY

Plaintiff US Foods, Inc., by its counsel, sets forth this Unopposed Motion to Extend Deadline to Complete Mediation and Fact Discovery as follows:

1. Following the initial status conference, this Court entered an order referring the case to mediation and requiring mediation to be completed by March 10, 2020 unless extended by order of the Court. (ECF No. 47, Page 1 of 2).

2. The parties selected mediator Judge Gary P. Caruso. (*Id.*)

3. The parties attempted to schedule the mediation on or before March 10, 2020 but were unable to coordinate their schedules in order to do so.

4. On January 28, 2020, this Court granted Plaintiff's Unopposed Motion to Extend Deadline to Complete Mediation to April 1, 2020. (ECF No. 49).

5. The parties scheduled the mediation for March 25, 2020 with Judge Caruso and were ready to proceed.

6. In light of the national emergency created by the COVID-19, and in light of the guidelines imposed by the Centers for Disease Control and Prevention, the parties could not

conduct the mediation in person on March 25, 2020. Defendants believe that a mediation by telephone will not be fruitful.

7. As a result, the parties sought a second extension of the deadline to complete mediation up to and including June 5, 2020, which was granted on March 19, 2020. (ECF No. 52).

8. The parties seek a third extension of the deadline to complete mediation, because the parties are uncertain as to when the COVID-19-related restrictions will be lifted, and because US Foods and its counsel will rely on air travel in order to attend the mediation.

9. The parties are prepared to mediate in good faith and seek this Court's permission to extend the date to complete mediation until July 10, 2020.

10. The current deadline to complete fact discovery is May 8, 2020. (ECF No. 45). In light of the extension of time to complete mediation, the parties also seek an extension of the deadline to complete fact discovery until August 14, 2020.[1]

11. Counsel for Defendants consent to the filing of this Motion.

WHEREFORE, Plaintiff US Foods, Inc. respectfully requests that this Court extend the deadline to complete mediation until July 10, 2020 and to complete fact discovery until August 14, 2020.

---

[1] The Court also has a status conference scheduled for May 12, 2020 that it may wish to reschedule. (ECF No. 45).

DATED this ___ day of April, 2020.

**STRASSBURGER, MCKENNA, GUTNICK & GEFSKY**

By: /s/Gretchen E. Moore
    Gretchen E. Moore
    Pa. ID. No. 202103

    Four Gateway Center, Suite 2200
    444 Liberty Avenue
    Pittsburgh, PA 15222
    Telephone: (412) 281-5423
    Email: gmoore@smgglaw.com

**BRYAN CAVE LEIGHTON PAISNER LLP**

By: /s/Maria Z. Vathis
    Maria Z. Vathis
    161 N. Clark Street, Suite 4300
    Chicago, IL 60601
    Telephone: (312) 602-5127
    Email: maria.vathis@bclplaw.com

*Counsel for Plaintiff US Foods, Inc.*