IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| US FOODS, INC., | : | CIVIL ACTION |
| Plaintiff, | : : : | No.: 2:19-cv-00946-JFC |
| v. | : : | |
| WILLIAM T. KANE aka BILL T. KANE, an individual; and RONALD G. LINABURG, D.D.S., an individual, | : : : : | **Electronically Filed and Served** |
| Defendants. | : : | |

## ORDER OF COURT

And now this the 29th day of April, 2020: Upon Plaintiff US Foods, Inc.'s Unopposed Motion to Extend Deadline to Complete Mediation and Fact Discovery, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff US Foods, Inc.'s Unopposed Motion to Extend Deadline to Complete Mediation and Fact Discovery is granted.  The deadline to complete mediation shall be extended to July 10, 2020, and the deadline to complete fact discovery shall be extended to August 14, 2020.

BY THE COURT:

  s/Joy Flowers Conti  .
United States District Judge